IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHARON COUCH and DICKEY COUCH, § § § Plaintiffs, § § Civil Action No. 4:24-cv-00414-O v. § § ALTISOURCE ONLINE AUCTION, § INC. and JOHN DOE, § § Defendants. § | |

## ORDER

On January 15, 2025, the Court sanctioned Plaintiffs and their counsel, including by awarding Defendant permissible attorneys' fees. ECF No. 28. Defendant was ordered to submit the proper documentation by January 31, 2025. Because Defendant failed to do so, the Court withdraws that penalty. All other penalties imposed in the Court's sanctions Order shall remain.

**SO ORDERED** on this **7th day** of **February, 2025**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE